No. 725, Misc.  LINGO v. GEORGIA.  Sup. Ct. Ga. Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.  *Charles Morgan, Jr., Reber F. Boult, Albert M. Horn, Melvin L. Wulf, Eleanor Norton,* and *Martin Garbus* for petitioner. *Arthur K. Bolton,* Attorney General of Georgia, *Marion O. Gordon,* Assistant Attorney General, and *William R. Childers, Jr.,* Deputy Assistant Attorney General, for respondent.

No. 149.  COURTNEY v. UNITED STATES, *ante,* p. 857;

No. 212.  OVERTON v. NEW YORK, *ante,* p. 85;

No. 249.  FULLER v. ALASKA, *ante,* p. 80;

No. 364.  LAKE ET VIR v. POTOMAC LIGHT & POWER Co., *ante,* p. 77;

No. 381.  MINICHELLO ET AL. v. CAMP, COMPTROLLER OF THE CURRENCY, ET AL., *ante,* p. 849;

No. 414.  LICHTEN ET AL. v. TEXAS, *ante,* p. 86;

No. 82, Misc.  JOHNSON v. BETO, CORRECTIONS DIRECTOR, *ante,* p. 868;

No. 544, Misc.  HANKINS ET AL. v. KANE, COLLECTOR OF ESTATE, *ante,* p. 918;

No. 621, Misc.  KAMSLER v. TRI PAR RADIO & APPLIANCE Co., INC., ET AL., *ante,* p. 928;

No. 661, Misc.  KAMSLER v. STAMOS, STATE'S ATTORNEY FOR COOK COUNTY, ET AL., *ante,* p. 944; and

No. 786, Misc.  IN RE KAMSLER, *ante,* p. 931.  Petitions for rehearing denied.

No. 239.  ESTATE OF BURNELL v. COLORADO, *ante,* p. 13;

No. 316, Misc.  ANDERTEN v. WARDEN, SOUTH DAKOTA PENITENTIARY, *ante,* p. 816; and

No. 421, Misc.  FLETCHER v. CALIFORNIA, *ante,* p. 916. Motions for leave to file petitions for rehearing denied.